IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Seguro Medico, LLC and Arthur     :
Wayne Walsh,     :
                Petitioners     :
    :
          v.     :        No. 293 M.D. 2023
    :
Michael Humphreys, in his official     :
capacity as Acting Commissioner of     :
the Pennsylvania Department of     :
Insurance, David Buono, in his official     :
capacity as Acting Deputy Insurance     :
Commissioner, Michael Fissel, in his     :
official capacity as the Chief of the     :
Department of Insurance Field     :
Investigations/Enforcement Bureau,     :
and the Commonwealth of     :
Pennsylvania Department of Insurance,   :
              Respondents     :

**PER CURIAM**                     **O R D E R**

NOW, February 1, 2024, upon consideration of Petitioners' application for reargument, the application is DENIED.